EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>José Alcover García | 2004 TSPR 37<br><br>160 DPR _____ |

Número del Caso: TS-6809


Fecha: 9 de marzo de 2004


Oficina de Inspección de Notarías:

Lcda. Carmen H. Carlos
Directora


Abogado de la Parte Peticionaria:

Lcdo. José A. Cuevas Segarra


Materia: Moción Urgente Solicitando Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

José Alcover García

TS-6809

RESOLUCIÓN

San Juan, Puerto Rico a 9 de marzo de 2004

Atendida la *Moción Urgente Solicitando Reinstalación* al ejercicio de la abogacía presentada por el Sr. José Alcover García, a la luz de los documentos sometidos con ésta y del Informe sobre Obra Notarial Incautada, presentado por la Directora de la Oficina de Inspección de Notaría, se ordena su reinstalación inmediata al ejercicio de la abogacía y la notaría.

Notifíquese por la vía telefónica y la vía ordinaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Corrada del Río está inhibido.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo